UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH ATLANTIC STATES CARPENTERS CENTRAL )
COLLECTIONS AGENCY, and THE TRUSTEES OF THE NORTH )
ATLANTIC STATES CARPENTERS PENSION FUND, NORTH )
ATLANTIC STATES GUARANTEED ANNUITY FUND, NORTH )
ATLANTIC STATES CARPENTERS HEALTH BENEFITS FUND, )
NORTH ATLANTIC STATES CARPENTERS VACATION SAVINGS )
FUND and NORTH ATLANTIC STATES CARPENTERS TRAINING )
FUND, )
    Plaintiffs, )
  ) C.A. No.
v. )
 )
BUNTING GRAPHICS, INC., )
    Defendant. )
 )

## COMPLAINT

1.    This is an action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Sections 1132 and 1145, and Section 301 of the Labor Management Relations Act of 1947 (hereinafter "LMRA"), 29 U.S.C. Section 185, to compel defendant Bunting Graphics, Inc. to make contributions and other payments owed to plaintiffs.

2.    Jurisdiction is conferred by 29 U.S.C. Sections 1132(e)(1) and (f) and 29 U.S.C. Sections 185(a), (b) and (c).

3.    Venue lies in this district pursuant to 29 U.S.C. Section 1132(e)(2) and 29 U.S.C. Section 185(c).

4.    The North Atlantic States Carpenters Pension Fund, the North Atlantic States Carpenters Guaranteed Annuity Fund, the North Atlantic States Carpenters Health Benefits Fund, the North Atlantic States Carpenters Vacation Savings Fund, and the North Atlantic States

Carpenters Training Fund (collectively, the "Funds") are trusts established in accordance with 29 U.S.C. §186(c), are employee pension benefit or welfare plans as defined by 29 U.S.C. §1002(2), and are governed by the plaintiff Trustees each of whom is a fiduciary to the plans as defined by 29 U.S.C. §1002(21).

5. The New England and New York based local unions affiliated with the United Brotherhood of Carpenters & Joiners of America and the North Atlantic States Regional Council of Carpenters (collectively the "Union") are labor organizations as defined by 29 U.S.C. Section 152(5).

6. Each of the Funds is a plan that is maintained pursuant to collective bargaining agreements between the Union and more than one employer, and is a plan to which more than one employer is required to contribute for all covered work performed by employees working within the territories defined by the agreements.

7. Plaintiff North Atlantic States Carpenters Central Collection Agency is an agency established by the North Atlantic States Carpenters Pension Fund which has been designated by the Trustees of each of the various Funds identified in paragraph 4 and by the Union to collect all monies owed to the Funds and others by employers pursuant to collective bargaining agreements with the Union.

8. Defendant Bunting Graphics, Inc. (the "Employer") is a corporation incorporated and existing under the laws of the Commonwealth of Pennsylvania and having a principal place of business in Verona, Pennsylvania.

9. The Employer is engaged in an industry affecting commerce as defined in ERISA, 29 U.S.C. §§1002(5), (11) and (12), and as defined in LMRA, 29 U.S.C. §§152(2), (6) and (7).

10. The Employer was a party to one or more collective bargaining agreements (the "Agreement") with the Union at all material times which obligated the Employer to make contributions to plaintiffs for each hour of work performed by its employees under the Agreement.

11. The Employer failed to make timely contributions to the plaintiffs for work performed by its employees as required by the Agreement.

12. The Agreement also provides that, in the event an employer fails to make its required contributions in a timely fashion, the delinquent employer is obligated to the Funds, in addition to the principal amounts owed, for interest from the date when the payment was due, liquidated damages and for all costs and reasonable attorney's fees expended by the plaintiffs in any action to collect the delinquent contributions.

WHEREFORE, the plaintiffs demand judgment against the defendant as follows:

1. That the defendant be ordered to submit the delinquent monthly reports of hours and pay the plaintiffs the delinquent contributions and/or interest due the plaintiffs based on untimely contributions, plus prejudgment interest from the date when each month's payment was due and liquidated damages of 20% per annum pursuant to 29 U.S.C. §1132(g)(2);

2. That the defendant be ordered to make all future payments to plaintiffs and submit monthly reports of hours in a timely manner in accordance with its collective bargaining agreement;

3. That the defendant be ordered to pay to the plaintiffs' costs and disbursements, including their reasonable attorney's fees in this action, pursuant to 29 U.S.C. §1132(g)(2)

4.	That the plaintiffs receive such other legal or equitable relief as this Court deems just and proper.

Dated: March 5, 2021             Respectfully submitted,

                                      Thomas R. Landry
                                      BBO #625004 (tlandry@krakowsouris.com)
                                      KRAKOW, SOURIS & LANDRY, LLC
                                      225 Friend Street
                                      Boston, MA 02114
                                      (617) 723-8440 (phone)
                                      (617) 723-8443 (fax)

                                      /s/ Thomas R. Landry
                                      Attorney for Plaintiffs