## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

North Atlantic States Carpenters Central
Collections Agency et al,

  Plaintiffs,

  v.

Bunting Graphics, Inc.,

  Defendant.

CIVIL ACTION NO.

1:21-10371-PBS

## ORDER OF DISMISSAL

SARIS, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

7/8/2021
  Date

By the Court,

/s/ Miguel A. Lara
Deputy Clerk